# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE GREENE,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUY ORTHOPAEDIC, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00987-DAD-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On April 20, 2021, Rosalie Greene ("Plaintiff") filed this action in the Tulare County Superior Court. (ECF No. 1-1.) Service of the summons and complaint was completed on May 28, 2021. (ECF No. 1-1 at 4, 23, 42, 61.) On June 22, 2021, Defendants removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

/ / /

/ / /

1

Defendants' notice of removal does not include an answer filed in the state court. Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **June 23, 2021**

UNITED STATES MAGISTRATE JUDGE