# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE GREENE,<br><br>            Plaintiff,<br><br>    v.<br><br>DEPUY ORTHOPAEDIC, et al.,<br><br>            Defendants. | Case No. 1:21-cv-00987-ADA-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 26)<br><br>**DEADLINE: SEPTEMBER 23, 2022** |

On September, 2022, the parties filed a notice of settlement, in which they indicate a settlement agreement has been entered into which disposes of the entire case. (ECF No. 26.)

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties do not request additional time to file the dispositional documents. Therefore, dispositional documents shall be ordered to be filed within twenty-one (21) days of issuance of this order, September 23, 2022.

///

///

///

///

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **September 23, 2022**.

IT IS SO ORDERED.

Dated: **September 2, 2022**

UNITED STATES MAGISTRATE JUDGE